## THE PEOPLE v. AUGUST GROSSMAN.

*Criminal law—Homicide.*

This case is ruled by *People v. Fuhrmann, ante,* 593.

Error to Alpena. (Kelley, J.) Argued October 25, 1894. Decided January 22, 1895.

Respondent was convicted of murder in the first degree, and sentenced to imprisonment in the State prison for life. Judgment affirmed. The facts are stated in *People v. Fuhrmann, ante,* 593.

*J. D. Turnbull,* for respondent.

*A. A. Ellis,* Attorney General, and *James McNamara,* Prosecuting Attorney, for the people.

McGRATH, C. J. This case is ruled by *People v. Fuhrmann, ante,* 593. Respondent here was charged jointly with the parties in that case, but had a separate trial. The questions raised are the same.

The judgment is affirmed.

The other Justices concurred.